# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2245
L.T. Case No. 2024-CC-008831

_____

LUCILLE SHAW,

    Appellant,

    v.

PORTSIDE MHC, LLC, JOSEPH
SAWINSKI, CARLIE SANTIAGO,
DANIELLE SANTIAGO, JANA
SANTIAGO, and JOYCE SAWINSKI,

    Appellees.

_____

On appeal from the County Court for Duval County.
Audrey Moran, Judge.

Lucille Shaw, Jacksonville, pro se.

Brandi Wilson, of Quintairos, Prieto, Wood & Boyer, P.A., Tampa,
for Appellee, Portside MHC, LLC.

No Appearance for Other Appellees.

December 3, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and HARRIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____